Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

FILED
CLERK, U.S. DISTRICT COURT

JUL - 1 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN B. CADE, | ) Case No. CV 08-3126 ABC(JC) |
| Petitioner, | ) (PROPOSED) |
| v. | ) ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| JOHN MARSHALL, | ) |
| Respondent. | ) |

Pursuant to 28 U.S.C. § 636, the Court has reviewed what it construes to be a Petition for Writ of Habeas Corpus by a Person in State Custody (the "Petition"), all of the records herein, and the attached Report and Recommendation of United States Magistrate Judge. The Court approves and adopts the United States Magistrate Judge's Report and Recommendation.

IT IS ORDERED that the Petition is denied and this action is dismissed without prejudice.

IT IS FURTHER ORDERED that the Clerk of the Court shall refer the Petition to the United States Court of Appeals for the Ninth Circuit (the "Ninth Circuit") pursuant to Ninth Circuit Rule 22-3(a).

///

1

1    IT IS FURTHER ORDERED that the Clerk shall serve copies of this Order,
2    the United States Magistrate Judge's Report and Recommendation, and the
3    Judgment herein on petitioner and on counsel for respondent.
4          LET JUDGMENT BE ENTERED ACCORDINGLY.
5
6    DATED: _____ July 1, 2008 _____
7
8                         _____
9                         HONORABLE AUDREY B. COLLINS
10                        UNITED STATES DISTRICT JUDGE
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2