Priority ✓
Send ✓
Enter ✓
Closed
JS-5/JS-6 ✓
JS-2/JS-3
Scan Only

FILED
CLERK, U.S. DISTRICT COURT

JUL - 1 2008

DISTRICT OF CALIFORNIA
DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN B. CADE,<br><br>    Petitioner,<br><br>v.<br><br>JOHN MARSHALL,<br><br>    Respondent. | Case No. CV 08-3126 ABC(JC)<br><br>(PROPOSED)<br><br>JUDGMENT |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in State Custody is denied and this action is dismissed without prejudice.

DATED: _July 1, 2008_

_/s/ A. Collins_
HONORABLE AUDREY B. COLLINS
UNITED STATES DISTRICT JUDGE